# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARNELL DAVIES

NO. 2020 KW 0223

APR 2 8 2020

---

In Re: Darnell Davies, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-19-0603

---

BEFORE: WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.

**WRIT DENIED.**

VGW
JMG
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.